UNITED STATES COURT OF APPEALS
IN THE FOURTH CIRCUIT

---

IN RE:
Dennis A. Forbes
PETITIONER

---

# PETITION FOR WRIT OF MANDAMUS

---

COMES NOW THE Petitioner, Dennis A. Forbes in PRO SE, in necessity, and hereby MOVES this court to ISSUE a Writ of mandamus, ordering the United States District court, in the SOUTHERN DISTRCT OF WEST VIRGINIA AT BLUFIELD to rule/and or pass judgment in his 28 U.S.C. § 2241 proceeding, case no: 1:24-Cv-00194. The petitioner hereby state that judgment is due pursuant to law and rule provided herein.

In support, the petitioner shows the court the following:

## I.
## JURISDICTIONAL STATEMENT

The jurisdiction of this court in invoked pursuant to the federal Rules of Appellate Procedure, Rule 21; Rules governing § 2241 proceedings, Rule 8(c); the All Writs Act, 28 U.S.C. § 1651; and the constitution of the United States GUARANTEE of a speedy Trial. The Petitioner avers that he is currently in Federal custody and filing in Pro se due to financial disability, who therefore, request that this court liberally construe his pleadings in light of Haines v. Kerner, 404 U.S. 519, 521 (1972).

II.

STATEMENT OF THE CASE

(1). On or about 2/25/24, the Petitioner file an instant 28 U.S.C. § 2241 motion to seek relief for violation of federal time credit/ ICE deportation order, in the United States District court in the Southern district of west Virginia.

(2). On or about 6/10/24, the district court order the Respondent/ WARDEN to respond to pleaings in motion.

(3). On or about June 17th, petitioner files a motion for DEFAULT JUDGMENT in the Southern District of West Virginia

(4). On Or about 6/24/24, petitioner files a motion to COMPEL JUDGMENT in the Southern district of West Virginia.

(5). Herenow, the Petitioner MOVES THIS Honorable court to intervene, and/or order the District court to a ISSUE a order, in compliance with rules governing §2241, Rules 12(c),55.

III.

ISSUES PRESENTED

(6). The Petitioner hereby avers that the District Court abuses its discretion and /or commits plain ERROS BY FLOUTING THE federal habeas rules and depriving a citizen of his constitutional rights to habeas corpus and to access the court.

IV.

FACTS OF THE CASE

(7). The petitioner has repeatedly presented the record of the court that clearly shows that his effort are being ignored

(8). The petitioner has shown evidence that he is a United States

citizen,that the exhibits, affidavits, and Borden v. United States, 593 U.S.420(2021), that Mens-Rea of pure Recklessness is not a crime of violence and is not a deportable offense under immigration of nationality Act.

(9). The petitioner has shown that the United States Chief Judge has and continue to obstruct justice by failing to render judgment.

(10). The petitioner is here'now providing evidence that the court officer have facilitated not administering a speedy disposition of this case.

(11). The petitioner has shown that the court has subject-matter jurisdiction.

V.

REASON WHY THE WRIT SHOULD BE ISSUED

(12). The petitioner has no other remedy of law in which to compel the district court to rule on his § 2241 motion. The district court took judicial Notice of Order to show Cause and objections on June 25,2024.The petitioner requested judgment on November 3,2024. The Fifth Circuit Court Of Appeals in United States v. Samplea, 897 F. 2d 193,195(5th cir. 1990)held that: In rear instances invloving lenghty delays...Appellate courts should enforce rules 8(c)'s speedy trial policy by means of Mandamus under All Writs Act, 28 U.S.C. § 1651." Because habeas Corpus assures the determination of a prisoner's guilt was "full and fair", delays in processing petitions that are not justified by a need for adequate investigation or preperation interfere with the policy underlying the constitutional guarantee of a speedy trial.

(13). "Writ of mandamus is an order directing a public official or public body to perform a duty exacted by law." United States v.

Danson

Danson, 603 F.2d 1143,1146(5th cir.1979) it "is an extraordinary remedy for extraordinary causes. "In Re Corrugated container Antitrust Luig.Mead Corp;614 F.2d 958,961(5th cir.1980). To obtain the Writ, the petitioner must show "that no other adequate means exist to attain the requested relief" and that his right to issuance of the WRIT is "CLEAR AND INDISPUTABLE".

WHEREFORE NOW, above premises considered, the petitioner moves the honorable court to issue a Writ Of MANDAMUS directing the United States District court, in the Southern District of West Virginia, to issue its ruling either granting or Denying the petitioner's motion for relief under 28 U.S.C. § 2241. The District court's ruling is OVER DUE pursuant it's ORDER regarding objections and Proposed findings disposition" and federal Rules of civil procedures, Rules 8(G),21.

Done This 24th day of Jan,2025

Respectfully ~~Submi~~tted,

Pro Dennis A. Forbes
Reg.# 10048-055
FCI MCDowell